# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

DIRECT ENERGY BUSINESS, LLC,
Plaintiff,

Case No. 1:19-cv-1043
Litkovitz, M.J.

vs.

DUKE ENERGY OHIO, INC.,
Defendant.

**ORDER**

This matter is before the Court following a telephone status conference held on February 12, 2020. By agreement of the parties, and with the approval of the Court, this matter is hereby **STAYED** pending a ruling by the Supreme Court of Ohio on defendant's appeal from the decision of the Public Utilities Commission of Ohio (PUCO) in PUCO Case No. 14-1277-EL-CSS. The parties shall notify the Court of the Ohio Supreme Court's decision within **thirty (30) days** of the date it is issued.

**IT IS SO ORDERED**.

Date: 2/13/20

Karen L. Litkovitz
United States Magistrate Judge